FILED by **CG** D.C.

Dec 3, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**20-10011-CR-KING/BECERRA**

Case No. _____

16 U.S.C. § 3372(a)(2)(A), (a)(4)
16 U.S.C. § 3373(d)(2)
18 U.S.C. § 2

UNITED STATES OF AMERICA

V.

**HENRY J. DANZIG,**

                      **Defendant.**

_____/

## INFORMATION

The United States charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Information:

1. The Lacey Act, Title 16, United States Code, Section 3372(a)(2), prohibited the import, export, transport, sale, receipt, acquisition, or purchase of any fish in foreign commerce which was taken, possessed, transported, or sold in violation of any foreign law.

2. Statute Law of the Bahamas, Revised Edition 2010, Fisheries Resources (Jurisdiction & Conservation), Chapter 244, Part V, Section 70(1), prohibited the export of any fishery product or resource from the Commonwealth of the Bahamas except under and in accordance with the terms of a license granted by the Government of the Bahamas and after presentation of the product or resource to a fisheries inspector.

3. At no time relevant to this Information did Defendant, **HENRY J. DANZIG,** or his associates, receive or possess a lawfully issued license from the Government of the

Bahamas to take, export or sell any fishery product or resource fish from Bahamian waters.

## LACEY ACT
## (16 U.S.C. § 3372(a)(2)(A), (a)(4))
## (16 U.S.C. § 3372(d)(2))

4. On or about May 9, 2020, at Tavernier, in Monroe County, in the Southern District of Florida, and elsewhere, the defendant,

**HENRY J. DANZIG,**

did knowingly import, transport, receive and acquire, and attempt to import, transport, receive and acquire, any fish, that is, approximately 529 pounds of demersal fish, when in the exercise of due care, the defendant should have known that the fish was taken, possessed, transported and intended to be sold in violation of any foreign law, that is, the laws of the Commonwealth of the Bahamas, specifically Statute Law of the Bahamas, Revised Edition 2010, Fisheries Resources (Jurisdiction & Conservation), Chapter 244, Part V, Section 70(1); in violation of Title 16, United States Code, Sections 3372(a)(2)(A), 3372(a)(4), and 3373(d)(2), and Title 18, United States Code, Section 2.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Thomas A. Watts-FitzGerald
Assistant United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

HENRY J. DANZIG

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

Court Division: (Select One)
- ___ Miami     ✓ Key West
- ___ FTL       ___ WPB       ___ FTP

New defendant(s)            Yes ___   No ___
Number of new defendants    ___
Total number of counts      ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No)   No
   List language and/or dialect  _____

4. This case will take __0__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                         (Check only one)

   I    0 to 5 days        ✓             Petty       ___
   II   6 to 10 days       ___           Minor       ___
   III  11 to 20 days      ___           Misdem.     ✓
   IV   21 to 60 days      ___           Felony      ___
   V    61 days and over   ___

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

Thomas A. Watts-FitzGerald
ASSISTANT UNITED STATES ATTORNEY
FL Bar No. 0273538

*Penalty Sheet(s) attached

REV 6/5/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** HENRY J. DANZIG

**Case No:** _____

Count #: 1

Conspiracy to Defraud the United States

Title 16, United States Code, Section 3372(a)(2)(A), (a)(4); 3373 (d)(2)

*** Max. Penalty:** 6 Month's Imprisonment

Counts #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

Count #:

**\*Max. Penalty:**

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.